In the Matter of the Application of EMILY M. LAING, Respondent, for the Appointment of a Trustee, under the Will of JAMES FERRIS, Deceased.

HENRY FERRIS, Individually and as Executor of CLAIBORNE FERRIS, Deceased, Appellant.

*Matter of Laing*, 59 App. Div. 612, affirmed.
(Argued March 25, 1902; decided April 8, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1901, which affirmed an order of Special Term appointing a trustee under the will of James Ferris, deceased.

*P. A. Hargous* for appellant.

*Irving Washburn* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.

---

PATRICK G. WALDRON, Appellant, *v.* JAMES C. FARGO, as President of the AMERICAN EXPRESS COMPANY, Respondent.

(Submitted March 24, 1902; decided April 8, 1902.)

Motion for reargument denied, with ten dollars costs. (See 170 N. Y. 130.)